UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-142(DSD/SRN)

United States of America,

        Plaintiff,

v.                                                                                    ORDER

Donte Martin (15),

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 28, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY RECOMMENDED** that:

1. Defendant Donte Martin's Motion to Suppress Evidence Seized from 3411 Emerson Avenue North, Minneapolis, Minnesota 55412 (part of Doc. No. 461) is **DENIED**.

Dated: November 14, 2008

                                            s/David S. Doty
                                            DAVID S. DOTY
                                            United States District Judge